# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TRAVETTE COPELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Defendant. | Case No. 5:24-cv-03042-BLF <br><br> **ORDER ADMONISHING PLAINTIFFS REGARDING COMPLIANCE WITH STANDING ORDERS** <br><br> [Re: ECF No. 33] |

Plaintiffs have submitted an Opposition to Defendant's Motion to Dismiss that fails to comply with this Court's standing orders because it contains single-spaced block quotations. *See* Standing Order re Civil Cases § IV.E. The Court will accept the nonconforming filing and DIRECTS Plaintiffs to comply with the Court's standing order for all future filings.

**IT IS SO ORDERED.**

Dated: September 18, 2024

_____
BETH LABSON FREEMAN
United States District Judge